IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | CIVIL ACTION NOS. |
|---|---|
| **SALYER, et al.,** | **02-1438** |
| **BOWMAN, et al.,** | **02-1595** |
| **HORNE, et al.,** | **02-1633** |
| **THOMAS, et al.,** | **02-1667** |
| **WILLIS,** | **02-1669** |
| **REESE,** | **02-2052** |
| **COPE,** | **02-2284** |
| **MURPHY,** | **02-2316** |
| **JUBACK, et al.,** | **02-2464** |
| **SHEPERD, et al.,** | **02-2478** |
| **GOOMAR,** | **02-2538** |
| **THOMPSON, et al.,** | **02-2545** |
| **GRAVES,** | **02-2591** |
| **HILL,** | **02-3057** |
| **VELASCO,** | **02-3074** |
| **SOSEBEE,** | **02-3115** |
| **ADKINS, et al.,** | **02-3236** |
| **ESPINOZA, et al.,** | **02-3307** |
| **O'DONNELL-ALLEN, et al.,** | **02-3354** |
| **TRENTO, et al.,** | **02-3382** |
| **MILLER, et al.,** | **02-3470** |
|   Plaintiffs, |  |
|     v. |  |
| **BAYER CORPORATION, et al.,**   Defendants. |  |

# **O R D E R**

**AND NOW,** this 18th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|     |     |     |
| --- | --- | --- |
| [ ] | - | Order staying these proceedings pending disposition of a related action. |
| [ ] | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [ ] | - | Interlocutory appeal filed _____ |
| [X] | - | Other: <u>Cases are placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring cases to District of Minnesota.</u> |

it is

**ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**FURTHER ORDERED** that all previous scheduling Orders are **VACATED**.

                                                **BY THE COURT:**

                                                **MARVIN KATZ, S.J.**